[No. 31469-3-III.   Division Three.   April 30, 2015.]

*In the Matter of the Dependency of* H.S.

Appeal from a judgment of the Superior Court for Douglas County, No. 12-7-00086-2, John Hotchkiss, J., entered February 27, 2013. *Remanded with instructions* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J. Now published at 188 Wn. App. 654.

[No. 31615-7-III.   Division Three.   April 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. REUBEN J. PIEKOS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 13-1-00058-7, M. Scott Wolfram, J., entered April 22, 2013. *Reversed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 31907-5-III.   Division Three.   April 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD CHARLES HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00119-2, Bruce A. Spanner, J., entered August 6, 2013. *Remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.

[Nos. 32234-3-III; 32235-1-III;   Division Three.   April 30, 2015.]
        32236-0-III.

*In the Matter of the Parental Rights to* H.T. ET AL.

Appeals from a judgment of the Superior Court for Walla Walla County, No. 13-7-00166-6, M. Scott Wolfram, J., entered January 28, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J.; Brown, J., dissenting.